DOCKET NO. 762

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING ALLEGED DIVERSION OF PTL ASSETS

ORDER DENYING TRANSFER

Before the Panel is a motion by two defendants in the Western District of North Carolina action listed on the attached Schedule A seeking transfer of the action under 28 U.S.C. §1407 to the District of South Carolina for centralization with proceedings that are pending in that district's bankruptcy and district courts, that are listed on Schedule A, and that arise out of the bankruptcy of Heritage Village Church and Missionary Fellowship, Inc., and affiliated entities (collectively referred to herein as "PTL"). Two church construction firms and their principal named among the defendants in the North Carolina action support the motion, as does James O. Bakker, the PTL founder.[1/] Plaintiffs in the North Carolina action, PTL's trustee in the South Carolina bankruptcy proceedings, and the unsecured creditors' committee and the PTL lifetime partners' committee in the PTL bankruptcy proceedings oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that transfer under 28 U.S.C. §1407 would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the difference in parties, the difference in scope, the difference in purpose of the underlying proceedings, and the difference in status of the proceedings, we are not persuaded that any common factual questions which may exist are sufficient to warrant centralization in this docket.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] In his response to the Section 1407 motion, Bakker identified two related actions pending in the Southern District of Ohio and the Western District of North Carolina, respectively. In addition, one of the Section 1407 movants has identified as related an additional adversary proceeding in the bankruptcy court for the District of South Carolina. These matters were not included in the Panel's consideration at the hearing held in this docket on May 19, 1988, in Chicago, Illinois, because they were not properly before the Panel at that time.

SCHEDULE A

<u>MDL-762 -- In re Litigation Involving Alleged Diversion of PTL Assets</u>

### District of South Carolina

<u>PTL Lifetime Partners v. PTL Lifetime Partners' Committee, et al.</u>, C.A. No. 88-231-16
<u>United States of America v. PTL Lifetime Partners' Committee, et al.</u>, C.A. No. 88-232-16
<u>Fundamentalists Anonymous Legal Task Force Committee for the Protection of PTL Partners v. PTL Lifetime Partners' Committee, et al.</u>, C.A. No. 88-233-16
<u>Jim Bakker, et al. v. PTL Lifetime Partners' Committee, et al.</u>, C.A. No. 88-234-16
<u>Vickie Meadows, et al. v. PTL Lifetime Partners' Committee, et al.</u>, C.A. No. 88-235-16
<u>David W. Clark v. United States of America, et al.</u>, C.A. No. 88-236-16
<u>In re Heritage Village Church & Missionary Fellowship, Inc.</u>, Bky. No. 87-01956

### Western District of North Carolina

<u>Joseph W. Teague, et al. v. Jim Bakker, et al.</u>, C.A. No. CC-87-514-M